UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KRISTINA L. HANSEN,<br><br>                    Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                    Defendant. | CASE NO. C15-2010-JCC-KLS<br><br>ORDER REVERSING DEFENDANT'S DECISION TO DENY BENEFITS AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

The Court, having considered Plaintiff's complaint, the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge, the lack of objections thereto, and the remaining record, hereby FINDS and ORDERS:

(1) The Report and Recommendation (Dkt. No. 20) is ADOPTED;

(2) The ALJ erred in her decision as described in the Report and Recommendation; and

(3) The matter is REVERSED and REMANDED to the Commissioner for further administrative proceedings.

DATED this 5th day of January 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER - 1