THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRISTINA L. HANSEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NO. C15-2010-JCC<br><br>ORDER |

This matter comes before the Court on the parties' stipulated motion for attorney fees (Dkt. No. 23). The motion is GRANTED.

Plaintiff is hereby AWARDED $6,685.28 in attorney fees and $11.82 in expenses pursuant to the Equal Access to Justice Act (EAJA), 28. U.S.C. § 2412, and $426.59 in costs pursuant to 28 U.S.C. § 1920. If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010), payment of this award shall be made to Francisco Rodriguez and mailed to him at P.O. Box 31844, Seattle, WA 98103.

//

//

//

ORDER
PAGE - 1

DATED this 30th day of March, 2017.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE